UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

REBA PURDESSY, Individually and on
Behalf of All Others Similarly Situated

               Plaintiff,

               v.

BOJANGLES', INC., WILLIAM A.
KUSSELL, JAMES R. KIBLER, STEVEN J.
COLLINS, JOHN E. CURRIE,
CHRISTOPHER J. DOUBRAVA, TOMMY
L. HADDOCK, ROBERT F. HULL, JR.,
STARLETTE JOHNSON, MARK A.
ROWAN, and STEVEN M. TADLER,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CASE NO.: 1:18-cv-11649-VM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/19

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 1, 2019

Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorney for Plaintiff*

SO ORDERED. The Clerk of Court is directed to terminate any pending motions in this action and to close this case.

SO ORDERED.

11-5-19
Date

Victor Marrero, U.S.D.J.